IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COSTELLA RUDD-BROWN**                                             **PLAINTIFF**

**v.**                               **5:04CV00423-WRW**

**ARKANSAS DEPARTMENT**
**OF COMMUNITY CORRECTION**                                **DEFENDANT**

## JUDGMENT

Based on the order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 28th day of June, 2006.


                                /s/Wm. R. Wilson, Jr.
                                UNITED STATES DISTRICT JUDGE